IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA G. BRAXTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 10-cv-5493 |
| MICHAEL J. ASTRUE, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 4 day of June, 2012, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED;

3. Judgment is entered in favor of Defendant; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_____
YOHN, J.